IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 00-676

JOHNNY PALACIO
SOLOMON ARIAS :

## O R D E R

AND NOW, this 11th day of February, 2025, upon consideration of the Government's Motion to Dismiss Indictment and Quash the Arrest Warrants, it is hereby

ORDERED

that Indictment No. 00-676, as it relates to the above-captioned defendants, is DISMISSED WITHOUT PREJUDICE. It is further ordered that the warrants issued for the arrest of the defendants are hereby QUASHED.

BY THE COURT:

/s/ Michael M. Baylson
_____
HONORABLE MICHAEL M. BAYLSON
*Judge, United States District Court*